# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| SARAH PRINCE, ) | |
| ) | NO. 1:15-cv-00116-CLC-SKL |
| Plaintiff, ) | |
| ) | JURY DEMAND |
| v. ) | |
| ) | |
| WORLD OF BEER and ROCK TOP 1 LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this civil action be dismissed with prejudice, with each party to bear its own costs.

Dated: December 10, 2015.

Respectfully submitted,

BURNETTE, DOBSON & PINCHAK                 LITTLER MENDELSON, P.C.

By: s/ *Donna J. Mikel*                    By: s/ *Rachel R. Rosenblatt*
    Donna J. Mikel (Bar No. 020777)           Tara L. Presnell, (Bar No. 024424)
    711 Cherry Street                          Rachel R. Rosenblatt, (Bar No. 027501)
    Chattanooga, TN 37402                      333 Commerce Street, Suite 1450
    Phone: (423) 266-2121                      Nashville, TN 37201
    Fax: (423) 266-3324                        Phone: (615) 383-3033
    Email: dmikel@bdplawfirm.com               Fax: (615) 383-3323
                                               Email: TPresnell@littler.com
  *Attorneys for Plaintiff*                       Email: RRosenblatt@littler.com

                                                                *Attorneys for Defendants*